NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

v.

**ESPEED, INC., ESPEED INTERNATIONAL LTD., ECCO LLC, AND ECCOWARE LTD.,**
*Defendants-Appellants.*

---

2011-1424

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5312, Judge Robert M. Dow, Jr.

---

## ON MOTION

---

## ORDER

eSpeed, Inc., et al. moves without opposition for a 30-day extension of time, until March 14, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D. Gannon, Esq
Gary A. Rosen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK